## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Norix Group, Inc.

                                      Plaintiff,

v.                                                                        Case No.: 1:20−cv−01158

                                                                       Honorable Gary Feinerman

Correctional Technologies, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 15, 2020:

      MINUTE entry before the Honorable Gary Feinerman: Motion to dismiss for failure to state a claim [33] is entered and continued. Plaintiff shall respond to the motion by 7/10/2020; Defendant shall reply by 7/24/2020.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.