## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Norix Group, Inc.

            Plaintiff,

v.                    Case No.: 1:20−cv−01158
                   Honorable Gary Feinerman

Correctional Technologies, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 21, 2021:

   MINUTE entry before the Honorable Gary Feinerman: Plaintiff/Counter−Defendant's motion to dismiss and strike [62] is denied without prejudice in light of Defendant/Counter−Plaintiffs' filing amended affirmative defenses and counterclaims [66], which (giving them the benefit provided by the 3/10/2021 order [64] of seven additional days past the presumptive 21 days) is their one amendment of right under Civil Rule 15(a)(1). Motion to strike [68] is denied without prejudice to Plaintiff/Counter−Defendant moving, with a full merits discussion, to strike any and all of the repleaded affirmative defenses and counterclaims. Any such motion shall be filed by 4/30/2021. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.