**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Norix Group, Inc.

                                   Plaintiff,

v.                                                                    Case No.: 1:20−cv−01158

                                                                             Honorable Gary Feinerman

Correctional Technologies, Inc., et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 3, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Motion to dismiss [74] is entered and continued. Defendants shall respond to the motion by 5/27/2021; Plaintiff shall reply by 6/10/2021.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.