**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NORIX GROUP, INC.,

      Plaintiff,

      v.

CORRECTIONAL TECHNOLOGIES, INC.,
d/b/a CORTECH USA, and VDL
INDUSTRIES, LLC, d/b/a AMERICAN
SHAMROCK,

      Defendants.

Case No. 20-cv-1158

Honorable Andrea R. Wood

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

The undersigned counsel submits the following substitution of counsel for Plaintiff Norix Group, Inc., pursuant to Local Rule 83.17, which allows substitutions of counsel without motion where counsel are of the same firm. Jonathan S. Kim will be departing his current law firm and is hereby withdrawing as counsel for Plaintiff Norix Group, Inc. Nicole R. Marcotte, from the same firm, filed her appearance on June 29, 2023. Caesar A. Tabet and Daniel I. Konieczny, also from the same firm, will remain as counsel for Plaintiff Norix Group, Inc.

Dated:  June 29, 2023

Respectfully submitted,

By:    /s/ *Nicole R. Marcottew*
        Nicole R. Marcotte (ARDC #6638479)
        TABET DIVITO & ROTHSTEIN LLC
        209 S. LaSalle Street, Suite 700
        Chicago, IL 60604
        Telephone: (312) 762-9450
        Facsimile: (312) 762-9451
        nmarcotte@tdrlaw.com