**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORIX GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CORRECTIONAL TECHNOLOGIES, INC., ) <br> d/b/a Cortech USA, and VDL INDUSTRIES, ) <br> LLC, d/b/a American Shamrock, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 1:20-cv-01158 <br><br> Honorable Andrea R. Wood |

**DEFENDANTS CORRECTIONAL TECHNOLOGIES, INC. AND
VDL INDUSTRIES, LLC'S UNCONTESTED
<u>MOTION FOR SUBSTITUTION OF COUNSEL</u>**

Defendants Correctional Technologies, Inc. and VDL Industries, LLC (together, "Cortech" or "Defendants") move this Court pursuant to N.D. Ill. L.R. 83.17 for an order granting Defendants' Uncontested Motion for Substitution of Counsel. In support hereof, Cortech states:

1. Cortech is currently represented by the following counsel of record:

   Steven M. Evans
   Chicago IP Law
   1750 W. Ogden Ave., #2405
   Naperville, IL 60567
   (630) 544-9395
   sevans@chicagoiplaw.com

2. Cortech has retained the law firm of Holland & Knight LLP to substitute as its counsel in this case.

3. Cortech therefore requests that Holland & Knight LLP be granted leave to represent it as lead counsel in this litigation, and that current counsel of record be granted leave to withdraw.

4. Counsel for Cortech contacted Plaintiff's current outside counsel, who does not object to the relief sought in this Motion.

5. The requested withdrawal and substitution of counsel for Cortech will not unduly delay this action or cause undue prejudice to the other parties to this action.

WHEREFORE, Cortech requests that this Court enter an order granting current counsel of record, Mr. Evans of Chicago IP Law, leave to withdraw, and substituting Holland & Knight LLP as counsel for Cortech, and granting any other further relief this Court deems just and proper.

Dated: November 8, 2023                                   Respectfully submitted,

                                                          By: /s/ *Brian P. Murray*
                                                          Brian P. Murray
                                                          R. David Donoghue
                                                          Steven E. Jedlinski
                                                          Tiffany Lee
                                                          HOLLAND & KNIGHT LLP
                                                          150 N. Riverside Plaza, Ste. 2700
                                                          Chicago, Illinois 60606
                                                          Tel.: (312) 263-3600
                                                          Fax: (312) 578-6666
                                                          brian.murray@hklaw.com
                                                          david.donoghue@hklaw.com
                                                          steven.jedlinski@hklaw.com
                                                          tiffany.lee@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record below:

Caesar A. Tabet
Daniel I. Konieczny
Nicole Renae Marcotte
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street. 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
ctabet@tdrlawfirm.com
dkonieczny@tdrlawfirm.com
nmarcotte@tdrlaw.com

James D. Palmatier
APPLIED PATENT SERVICES, PC
P.O. Box 231
Itasca, IL 60143-0231
Telephone: (630) 306-0612
jpalmatier@aol.com

/s/ *Brian P. Murray*
Brian P. Murray