UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Norix Group, Inc.

                    Plaintiff,

v.                                             Case No.: 1:20–cv–01158
                                                     Honorable Andrea R. Wood

Correctional Technologies, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 13, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Defendants' uncontested motion for substitution of counsel [145] is granted. Attorneys Brian P. Murray, Robert D. Donoghue and Steven E. Jedlinski of Holland & Knight LLP, are substituted as counsel of record. Accordingly, Attorney Steven M. Evans is terminated as counsel of record. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.