**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Norix Group, Inc.
                        Plaintiff,

v.                                                                          Case No.: 1:20−cv−01158
                                                                          Honorable Andrea R. Wood

Correctional Technologies, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 16, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Considering the parties' joint status report [152], the telephonic status hearing previously set for 1/17/2024 is stricken and reset for 4/17/2024 at 9:00 AM. By the earlier of five business days following the resolution of the appeal of the 8/29/2023 final rejection of certain claims of U.S. Patent No. 10,507,150 or 4/10/2024, the parties shall file an updated joint status report setting forth: (1) an update on the pending reexamination proceedings, and (2) any other matters that the parties would like to discuss at the telephonic status hearing. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.