IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORIX GROUP, INC., <br><br>                Plaintiff, <br><br>  vs. <br><br>CORRECTIONAL TECHNOLOGIES, INC., d/b/a CORTECH USA, and VDL INDUSTRIES, LLC, d/b/a AMERICAN SHAMROCK, <br><br>                Defendants. | Case No. 1:20-cv-01158 <br><br>Honorable Andrea R. Wood |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Correctional Technologies, Inc., d/b/a Cortech USA and VDL Industries, LLC, d/b/a American Shamrock, respectfully move this Court for leave to withdraw the appearance of Holland & Knight LLP attorney Steven E. Jedlinski as counsel in this matter. If withdrawal is permitted, Correctional Technologies, Inc., d/b/a Cortech USA and VDL Industries, LLC, d/b/a American Shamrock will continue to be represented by members of the Holland & Knight firm – and therefore will not be adversely affected by granting the relief requested in this motion. Furthermore, this motion is not made for the purposes of delay.

WHEREFORE, Correctional Technologies, Inc., d/b/a Cortech USA and VDL Industries, LLC, d/b/a American Shamrock request that the Court grant this motion and permit the withdrawal of the appearance of Steven E. Jedlinski as their counsel in this proceeding and remove him from all service lists, including the CM/ECF system.

Dated: February 20, 2024

Respectfully submitted,

**Correctional Technologies, Inc., d/b/a Cortech USA and VDL Industries, LLC, d/b/a American Shamrock**

By: /s/ *Steve E. Jedlinski*

    Brian P. Murray
    R. David Donoghue
    Steven E. Jedlinski
    Tiffany Lee
    HOLLAND & KNIGHT LLP
    150 N. Riverside Plaza, Ste. 2700
    Chicago, Illinois 60606
    Tel.: (312) 263-3600
    Fax: (312) 578-6666
    david.donoghue@hklaw.com
    steven.jedlinski@hklaw.com
    brian.murray@hklaw.com
    tiffany.lee@hklaw.com