## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NORIX GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONAL TECHNOLOGIES, INC., d/b/a CORTECH USA, and VDL INDUSTRIES, LLC, d/b/a AMERICAN SHAMROCK, <br><br> Defendants. | Case No. 20-cv-01158 <br><br> Honorable Andrea R. Wood |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.17, Norix Group, Inc., respectfully moves this Court for leave to withdraw of the appearance of Tabet DiVito & Rothstein LLC attorney, Nicole R. Marcotte, as counsel in this matter. In support of this motion, Mx. Marcotte respectfully states as follows:

1. On June 29, 2023, Mx. Marcotte entered their appearance. (Dkt. 138.)

2. Mx. Marcotte has recently accepted a new position at a new firm.

3. Mx. Marcotte will leave the law firm, Tabet DiVito & Rothstein LLC, which requires them to withdraw as counsel for Norix Group, Inc.

4. James D. Palmatier, Caesar A. Tabet, and Daniel I. Konieczny will remain counsel for Norix Group, Inc.

5. This motion is not brought for dilatory purposes, and granting the relief sought in this motion will not unduly delay this case.

WHEREFORE, Nicole R. Marcotte respectfully requests that the Court enter an order granting his motion to withdraw as counsel for Norix Group, Inc., in this case.

Dated:  March 1, 2024                                             Respectfully submitted,

Nicole R. Marcotte
TABET DIVITO & ROTHSTEIN LLC                       By:____/s/ *Nicole R. Marcotte*_____
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
nmarcotte@tdrlaw.com
*Attorney for Norix Group, Inc.*

3

**CERTIFICATE OF SERVICE**

    I, Nicole R. Marcotte, an attorney, hereby certify that on March 1, 2024, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court for the United States District Court for the Northern District of Illinois, using the CM/ECF system. Counsel of record for all parties will be served by the CM/ECF system

/s/ *Nicole R. Marcotte*