# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Norix Group, Inc.

                        Plaintiff,

v.                                                    Case No.: 1:20−cv−01158

                                                              Honorable Andrea R. Wood

Correctional Technologies, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2024:

       MINUTE entry before the Honorable Jeannice W. Appenteng: The parties requested the opportunity to seek a global resolution with this case and 17−cv−07914, which is set for a settlement conference with Judge Weisman on 9/12/2024. After consultation with Judge Weisman, the Court agrees that it is appropriate and in the best interests of efficiency to resolve these two cases together. Additionally, the parties are to appear for a status hearing before Judge Weisman on 7/18/2024. For all these reasons, the Court strikes the parties' deadlines to exchange pre−conference settlement letters. The 7/22/2024 tracking status hearing stands (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.