**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Norix Group, Inc.
                                    Plaintiff,

v.                                                     Case No.: 1:20−cv−01158
                                                             Honorable Andrea R. Wood

Correctional Technologies, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 22, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The 7/18/2024 hearing in 17−cv−07914 before Judge Weisman has been reset to 7/30/2024. Accordingly, the 7/22/2024 tracking status hearing in this case is stricken and reset to 8/7/2024 at 8:30 a.m., for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.