# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Norix Group, Inc.

                                                Plaintiff,

v.                                                                                     Case No.: 1:20−cv−01158
                                                                                       Honorable Andrea R. Wood

Correctional Technologies, Inc., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng:Given the global settlement conference held before Judge Weisman did not result in the parties reaching a binding settlement agreement [170], all matters relating to the referral are concluded; referral terminated. The 9/19/2024 tracking status hearing [169] is stricken. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.