# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORIX GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONAL TECHNOLOGIES, INC., d/b/a CORTECH USA, and VDL INDUSTRIES, LLC, d/b/a AMERICAN SHAMROCK, <br><br> Defendants. | Case No. 20-cv-01158 <br><br> Honorable Andrea R. Wood |

## JOINT STATUS REPORT

The parties respectfully submit the following joint status report pursuant to the Court's August 18, 2025 Order. Regarding the status of this matter, the parties state as follows:

1. In this matter, certain claims of U.S. Patent No. 10,507,150 are under *ex parte* reexamination before the USPTO, and the *ex parte* reexamination has reached the appeal stage. The appeal remains pending. On April 30, 2025, the Patent Trial and Appeal Board issued a decision affirming the examiner's decision to reject claims 1-5, 7-9, 15, and 16 of the '150 patent. Norix has appealed that decision to the Federal Circuit, and the Federal Circuit appeal is in the process of being briefed. The appellant's brief is due on October 17, 2025.

2. Given the status of the *ex parte* reexamination appeal, the parties propose to provide a joint status report on December 9, 2025.

3. The parties do not anticipate a need for the telephonic status hearing currently scheduled for October 22, 2025, and suggest that it be postponed in light of the status of the case.

| | |
|---|---|
| Date: October 14, 2025 | Respectfully submitted,<br><br>**NORIX GROUP, INC.**<br><br>By:    /s/ Daniel I. Konieczny<br>               One of Its Attorneys |
| James D. Palmatier (#6276972)<br>PALMATIER LAW OFFICE<br>P.O. Box 231<br>Itasca, IL 60143-0231<br>Telephone: (630) 306-0612<br>jpalmatier@aol.com | Caesar A. Tabet (#6196308)<br>Daniel I. Konieczny (#6275293)<br>TABET DIVITO & ROTHSTEIN LLC<br>209 S. LaSalle Street. 7th Floor<br>Chicago, IL 60604<br>Telephone: (312) 762-9450<br>ctabet@tdrlawfirm.com<br>dkonieczny@tdrlawfirm.com |

**CORRECTIONAL TECHNOLOGIES, INC. D/B/A CORTECH USA AND VDL INDUSTRIES, LLC D/B/A AMERICAN SHAMROCK**

By:    /s/ Brian P. Murray
               One of Their Attorneys

Brian P. Murray
R. David Donoghue
Tiffany Lee
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Ste. 2700
Chicago, Illinois 60606
Tel.: (312) 263-3600
Fax: (312) 578-6666
david.donoghue@hklaw.com
brian.murray@hklaw.com
tiffany.lee@hklaw.com