**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NORIX GROUP, INC.,

        Plaintiff,

        v.

CORRECTIONAL TECHNOLOGIES, INC.,
d/b/a CORTECH USA, and VDL
INDUSTRIES, LLC, d/b/a AMERICAN
SHAMROCK,

        Defendants.

Case No. 20-cv-01158

Honorable Andrea R. Wood

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report pursuant to the Court's December 10, 2025 Order. Regarding the status of this matter, the parties state as follows:

1.      In this matter, certain claims of U.S. Patent No. 10,507,150 are under *ex parte* reexamination before the USPTO, and the *ex parte* reexamination has reached the appeal stage. The appeal remains pending before the Federal Circuit and is in the process of being briefed. After requesting extensions, the USPTO filed its response brief on January 30, 2026. Under the current briefing schedule, Norix's reply is due on February 20, 2026.

2.      Given the status of the *ex parte* reexamination appeal, the parties propose to provide a joint status report April 7, 2026.

3.      The parties do not anticipate a need for the telephonic status hearing currently scheduled for February 18, 2026, and suggest that it be postponed in light of the status of the case.

Date:  February 10, 2025

Respectfully submitted,

**NORIX GROUP, INC.**

By:    /s/ Daniel I. Konieczny
                One of Its Attorneys

James D. Palmatier (#6276972)
PALMATIER LAW OFFICE
P.O. Box 231
Itasca, IL 60143-0231
Telephone: (630) 306-0612
jpalmatier@aol.com

Caesar A. Tabet (#6196308)
Daniel I. Konieczny (#6275293)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street. 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
ctabet@tdrlawfirm.com
dkonieczny@tdrlawfirm.com

**CORRECTIONAL TECHNOLOGIES, INC.
D/B/A CORTECH USA AND
VDL INDUSTRIES, LLC
D/B/A AMERICAN SHAMROCK**

By:    /s/ Brian P. Murray
                One of Their Attorneys

Brian P. Murray
R. David Donoghue
Tiffany Lee
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Ste. 2700
Chicago, Illinois 60606
Tel.: (312) 263-3600
Fax: (312) 578-6666
david.donoghue@hklaw.com
brian.murray@hklaw.com
tiffany.lee@hklaw.com

2