## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division


Norix Group, Inc.

                              Plaintiff,

v.                                             Case No.: 1:20−cv−01158
                                               Honorable Andrea R. Wood

Correctional Technologies, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY



This docket entry was made by the Clerk on Wednesday, April 8, 2026:


        MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed the parties' joint status report [192]. Given the parties' report, the telephonic status hearing set for 4/14/2026 is stricken and reset for 6/23/2026 at 9:00 AM. By 6/16/2026, the parties shall file an updated joint status report setting forth: (1) an update on the pending reexamination proceedings and settlement discussions, and (2) any other matters that the parties would like to discuss at the telephonic status hearing. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.