**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NORIX GROUP, INC.,

        Plaintiff,

        v.

CORRECTIONAL TECHNOLOGIES, INC.,
d/b/a CORTECH USA, and VDL
INDUSTRIES, LLC, d/b/a AMERICAN
SHAMROCK,

        Defendants.

Case No. 20-cv-01158

Honorable Andrea R. Wood

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report pursuant to the Court's April 8, 2026 Order. Regarding the status of this matter, the parties state as follows:

1.      In this matter, certain claims of U.S. Patent No. 10,507,150 are under *ex parte* reexamination before the USPTO, and the *ex parte* reexamination has reached the appeal stage. The appeal remains pending before the Federal Circuit and has been fully briefed. The Federal Circuit has not yet set an oral argument date or otherwise ruled.

2.      Given the status of the *ex parte* reexamination appeal, the parties propose to provide a joint status report on August 11, 2026.

3.      The parties do not anticipate a need for the telephonic status hearing currently scheduled for June 23, 2026, and suggest that it be postponed in light of the status of the case.

Date:  June 16, 2026

Respectfully submitted,

**NORIX GROUP, INC.**

By:\_\_\_\_/s/ Daniel I. Konieczny_____
One of Its Attorneys

James D. Palmatier (#6276972)
PALMATIER LAW OFFICE
P.O. Box 231
Itasca, IL 60143-0231
Telephone: (630) 306-0612
jpalmatier@aol.com

Caesar A. Tabet (#6196308)
Daniel I. Konieczny (#6275293)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street. 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
ctabet@tdrlawfirm.com
dkonieczny@tdrlawfirm.com

**CORRECTIONAL TECHNOLOGIES, INC.**
**D/B/A CORTECH USA AND**
**VDL INDUSTRIES, LLC**
**D/B/A AMERICAN SHAMROCK**

By:\_\_\_\_/s/ Brian P. Murray_____
One of Their Attorneys

Brian P. Murray
NEAL, GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, IL 60606
Tel.: (312) 269-1711
bmurray@nge.com

2