**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NORIX GROUP, INC.,

Plaintiff,

v.

CORRECTIONAL TECHNOLOGIES, INC., d/b/a CORTECH USA, and VDL INDUSTRIES, LLC, d/b/a AMERICAN SHAMROCK,

Defendants.

Case No. 20-cv-01158

Honorable Andrea R. Wood

# JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that this case has been settled pursuant to a confidential settlement agreement dated August 21, 2026. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), the parties further stipulate and agree as follows:

1. This case, together with all claims and counterclaims, is dismissed with prejudice.
2. Each party shall bear its own attorney's fees and costs.

Dated: August 28, 2026

**SO STIPULATED AND AGREED:**

**NORIX GROUP, INC.**

By: /s/ Daniel I. Konieczny
One of Its Attorneys

Caesar A. Tabet (#6196308)
Daniel I. Konieczny (#6275293)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
(312) 762-9450
ctabet@tdrlaw.com
dkonieczny@tdrlaw.com

**CORRECTIONAL TECHNOLOGIES, INC. d/b/a CORTECH USA and VDL INDUSTRIES, LLC d/b/a AMERICAN SHAMROCK**

By: /s/ Brian P. Murray
One of Their Attorneys

Brian P. Murray
NEAL, GERBER & EISENBERG LLP
225 West Randolph Street, Suite 2800
Chicago, IL 60606
Tel.: (312) 269-1711
bmurray@nge.com